**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In Re: § | Chapter 7 | |
| § | | |
| LITTLE RIVER HEALTHCARE § | CASE NO. 18-60526-rbk | |
| HOLDINGS, LLC et al., § | | |
| § | (Jointly Administered) | |
| Debtors. § | | |

___

| | | |
|---|---|---|
| ERRNIE GLENN, on behalf of himself and | | |
| all others similarly situated, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | ADVERSARY NO. 19-06001-rbk | |
| § | | |
| LITTLE RIVER HEALTHCARE § | | |
| HOLDINGS, LLC, COMPASS POINTE § | | |
| HOLDINGS, LLC, TIMBERLANDS § | | |
| HEALTHCARE LLC, KING'S § | | |
| DAUGHTERS PHARMACY, LLC, § | | |
| ROCKDALE BLACKHAWK, LLC, § | | |
| LITTLE RIVER HEALTHCARE - § | | |
| PHYSICIAN'S OF KING'S DAUGHTERS, § | | |
| LLC, CANTERA WAY VENTURES, LLC, § | | |
| AND LITTLE RIVER HEALTHCARE § | | |
| MANAGEMENT, LLC, § | | |
| § | | |
| Defendants. § | | |

**RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF**

COMES NOW James Studensky, Chapter 7 Trustee (the "Trustee"), and files this response (the "Response") to Plaintiff's Motion for Class Certification and Related Relief (the "Motion") [Dkt. No. 43] and would respectfully show the Court as follows:

1. On April 17, 2020, Plaintiff filed the Motion.

2. The Trustee wishes to ensure that any order entered on the Motion adequately reflects the preservation of factual and legal issues relating to the underlying claims and defenses asserted by the Trustee in this Adversary Proceeding.

3. Counsel for the Trustee and counsel for Plaintiff have conferred. At this time, the Trustee anticipates that the parties will be able to present an agreed order to the Court on or before the date currently set for hearing on the Motion. This Response is filed in accordance with the requirements of the Scheduling Order entered in this Adversary Proceeding [Dkt. No. 47].

        Respectfully submitted,

        GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
        401 Congress Avenue, Suite 2200
        Austin, TX 78701
        Telephone: 512.480.5620
        Facsimile: 512.480.5820

By:   */s/Christopher H. Trickey*
        Brian T. Cumings
        State Bar No. 24082882
        bcumings@gdhm.com
        Christopher H. Trickey
        State Bar No. 24014720
        ctrickey@gdhm.com

        **COUNSEL FOR JAMES STUDENSKY, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served by CM/ECF and email on the following:

Jeff P. Prostok
Matthew G. Maben
jprostok@forsheyprostok.com
mmaben@forsheyprostok.com

Jack A. Raisner
René S. Roupinian
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

                                            */s/Christopher H. Trickey*
                                            Christopher H. Trickey

3447377.v1